IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


JUSTIN EMON WALLER,                    :

    Petitioner,                    :
                                                CIVIL ACTION 14-0258-WS-M
v.                                     :
                                                CRIMINAL ACTION 12-00138-WS-M
UNITED STATES OF AMERICA,              :

    Respondent.                    :

ORDER


After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's Motion to Vacate (Doc. 42) be DENIED and that this action be DISMISSED. It is further ORDERED that any certificate of appealability filed by Petitioner be denied as he is not entitled to appeal *in forma pauperis*.

DONE this 29th day of October, 2014.


                          s/WILLIAM H. STEELE
                          CHIEF UNITED STATES DISTRICT JUDGE