# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN EMON WALLER, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION NO. 17-0088-WS-MU |
| vs. | : | |
| | : | CRIMINAL NO. 12-0138-WS-MU |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated August 14, 2017 is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of October, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**